ALBANY,
August, 1806.

Rue
v.
Sprague &
Consaulis.

jected to by the plaintiff. This point being reserved, the jury, on the evidence, found a verdict for the defendant.

A motion was now made to set aside the verdict, and for a new trial, on two grounds. 1. That the plea was not an answer to the plaintiff's declaration. 2. If a good plea, it was not such a plea as would authorise the defendant to give any special matter in evidence under it.

*Fisk*, for the plaintiff.

*L. Elmendorf*, for the defendants.

## Rue *against* Sprague and Consaulis, *commissioners of highways*, of *Charlton*.

Actions for penalties under the "*act to regulate high-ways*," must be brought in the name of the person who makes the complaint, and be prosecuted according to the 25 dollar act; and not in a summary way.
* *Laws of N.Y.* vol. 1. p. 569. sec. 19, 20.

† 3 *Caines*, 259.

ON *certiorari*. The suit below was brought by the defendants to recover a penalty for encroaching on the high-way, contrary to the provisions of the *Act for regulating highways*.* The process issued in the name of the plaintiffs, and required the defendant *to shew cause, why*, &c. and not to answer. On the trial, the justice admitted one of the plaintiffs as a witness.

*Shepherd*, for the plaintiff in error.

*H. Bleecker*, for the defendants.

*Per curiam.* The proceedings were under the 20th section of the act, which directs, that the penalty is to be recovered in the manner provided by the 19th section, where it is said that the penalty is to be recovered in the name of the person who makes the complaint. And according to our decision in the case of *Bennett* and *Ward*,† the suit

should have been prosecuted under the $25 act. One of the plaintiffs was sworn as a witness, and though a mere *trustee*, he was liable for costs, and so far interested. On both these grounds judgment must be reversed.